IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YELLOWPAGES.COM, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION |
| | : |
| JACQUELINE ELDRED-SMITH AND | : NO. 2:09-cv-02693 (PBT) |
| BRIDGET ONDECK, | : |
| Defendants. | : |

### ORDER OF STIPULATION OF SETTLEMENT

_____It is hereby stipulated and agreed by and among the Plaintiff, YellowPages.com, LLC, by its attorneys, Stark &Stark, P.C., Michael J. Fekete, Esquire, appearing and the Defendants, Jacqueline Eldred-Smith and Bridget Ondick a/k/a Bridget Ondeck, by their attorneys, Sid Gold & Associates, Sidney L. Gold, Esquire, appearing, as follows:

1.  The Defendants, jointly, severally and/or in the alternative, shall pay to YellowPages.com, the sum of SIX THOUSAND DOLLARS AND NO CENTS ($6,000.00) as follows:

    a.  On June 1, 2010, TWO THOUSAND DOLLARS AND NO CENTS ($2,000.00);

    b.  On July 1, 2010, TWO THOUSAND DOLLARS AND NO CENTS ($2,000.00); and

    c.  On August 2, 2010, TWO THOUSAND DOLLARS AND NO CENTS ($2,000.00).

2.  In the event the amounts set forth in Paragraph One (1) are not paid by Defendants within three (3) days after the date set forth herein, YellowPages.com shall be

entitled to obtain a Judgment against the Defendants, jointly, severally and/or in the alternative, in the amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00) less any payments previously made by filing an affidavit of default along with a form of judgment to the above Court;

3. Defendants are permanently enjoined and prohibited from using, disseminating, distributing, or sharing YellowPages.com's documents, materials, and electronically stored information with any third-parties;

4. Defendants shall return any and all documents and materials, currently in hard-copy form and in their possession, to YellowPages.com's counsel within ten (10) days of the date of this Order;

5. Within thirty (30) days of the date of this Order, Defendants shall arrange with Intelysis, the forensic computer company who conducted the forensic searches in the matter, during the aforementioned period, to perform services necessary to purge any and all documents, materials, and electronically stored information belonging to YellowPages.com from Defendants' laptops and personal computers. The costs of such professional services shall be borne by Defendants;

6. Defendants shall permanently delete from their personal e-mail accounts (gmail and yahoo) any and all documents, materials, and other electronically stored information belonging to YellowPages.com, which deletion shall be confirmed by Intelysis;

7. Defendants are permanently enjoined and prohibited from attempting to recover any such e-mails, documents, materials, and other electronically stored information from their e-mail accounts belonging to YellowPages.com for any

reason whatsoever;

8. Defendants are permanently enjoined and prohibited from using, disseminating, distributing, or sharing YellowPages.com's proprietary and confidential information; and

9. It is hereby STIPULATED AND AGREED between the parties hereto that this Court shall retain jurisdiction of this case until all terms and conditions of this Stipulation are complied with by the parties hereto.

PLAINTIFF, YELLOWPAGES.COM, LLC                    DATED: 5-14-10

By: _____
Title: VP-Sales
Print Name: Francis J. McNulty

DEFENDANT, JACQUELINE ELDRED-SMITH              DATED: May 17, 2010

By: Jacqueline Eldred-Smith
Print Name:

DEFENDANT, BRIDGET ONDICK a/k/a/                DATED: May 17, 2010
BRIDGET ONDECK

By: Bridget Ondick
Print Name:

                                                _____
                                                HON. LINDA K. CARACAPPA, U.S.M.J.